**No. 09-1023. Apex Oil Company, Inc., Petitioner v. United States.**

562 U.S. 827, 131 S. Ct. 67, 178 L. Ed. 2d 23, 2010 U.S. LEXIS 6286.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 579 F.3d 734.

**No. 09-1067. Laurie D. McFadin, dba Two Bar West, et al., Petitioners v. Lynn Gerber, dba Foxy Roxy's, dba Eternal Perspective Handbags, et al.**

562 U.S. 827, 131 S. Ct. 68, 178 L. Ed. 2d 23, 2010 U.S. LEXIS 6565.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 587 F.3d 753.

**No. 09-1071. Go Daddy Software, Inc., Petitioner v. Equal Employment Opportunity Commission.**

562 U.S. 827, 131 S. Ct. 68, 178 L. Ed. 2d 23, 2010 U.S. LEXIS 6497.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 581 F.3d 951.

**No. 09-1100. Connie E. Yant, et al., Petitioners v. United States.**

562 U.S. 827, 131 S. Ct. 69, 178 L. Ed. 2d 23, 2010 U.S. LEXIS 6737.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 588 F.3d 1369.

**No. 09-1115. Erik Sammis, et al., Petitioners v. Unseld Nance, Sr., Individually and as the Natural Father and Next Friend of Unseld Nance, Jr., et al.**

562 U.S. 827, 131 S. Ct. 69, 178 L. Ed. 2d 23, 2010 U.S. LEXIS 6505.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 586 F.3d 604.

**No. 09-1132. Joel Escobar Ochoa, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 828, 131 S. Ct. 70, 178 L. Ed. 2d 23, 2010 U.S. LEXIS 6390.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 340 Fed. Appx. 420.

**No. 09-1142. FIA Card Services, N.A., Petitioner v. John C. Gorman.**

562 U.S. 828, 131 S. Ct. 71, 178 L. Ed. 2d 23, 2010 U.S. LEXIS 6551.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 584 F.3d 1147.